# EXHIBIT 1

## *InterNIC*

Home      Registrars      FAQ      **Whois**

## Whois Search Results

Search again (.aero, .arpa, .asia, .biz, .cat, .com, .coop, .edu, .info, .int,
.jobs, .mobi, .museum, .name, .net, .org, .pro, or .travel) :

[_____]

◉ **Domain**  (ex. internic.net)
○ **Registrar**  (ex. ABC Registrar, Inc.)
○ **Nameserver**  (ex. ns.example.com or 192.16.0.192)
[ Submit ]

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: CITADELCAPITALINC.COM
   Registrar: GODADDY.COM, INC.
   Whois Server: whois.godaddy.com
   Referral URL: http://registrar.godaddy.com
   Name Server: NS47.DOMAINCONTROL.COM
   Name Server: NS48.DOMAINCONTROL.COM
   Status: clientDeleteProhibited
   Status: clientRenewProhibited
   Status: clientTransferProhibited
   Status: clientUpdateProhibited
   Updated Date: 08-aug-2009
   Creation Date: 07-aug-2008
   Expiration Date: 07-aug-2010

>>> Last update of whois database: Mon, 17 Aug 2009 18:32:40 UTC <<<
```

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to

use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.   VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

## Report Inaccurate Whois listing

This page last updated 01/24/2003

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prio
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Citadel Capital Inc.

2005 S Meyers Rd Apt. 123
Oakbrook Terrace, Illinois 60181
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: CITADELCAPITALINC.COM
Created on: 07-Aug-08
Expires on: 07-Aug-09
Last Updated on: 07-Aug-08

Administrative Contact:
Baker, Danny bakerautogroup@gmail.com
Citadel Capital Inc.
2005 S Meyers Rd Apt. 123
Oakbrook Terrace, Illinois 60181
United States
3142679890

Technical Contact:
Baker, Danny bakerautogroup@gmail.com
Citadel Capital Inc.
2005 S Meyers Rd Apt. 123
Oakbrook Terrace, Illinois 60181
United States
3142679890

Domain servers in listed order:
NS47.DOMAINCONTROL.COM
NS48.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

**Help and Support**
Telephone Support & Sales
Billing Support
Email Our Support Team
Frequently Asked Questions

**Account Manager**
My Account
My Renewals
My Upgrades
Account Settings

**Shopping**
★ Offer Disclaimers
Domain Search
Catalog
Product Advisor

**Resources**
WHOIS search
ICANN Confirmation
Web Mail
Affiliates

Al
Ca
Se
Co
Ne

http://who.godaddy.com/WhoIs.aspx?domain=citadelcapitalinc.com&prog_id=godaddy          8/17/2009

# EXHIBIT 2



**JESSE WHITE**
SECRETARY OF STATE

SERVICES     PROGRAMS     PRESS     PUBLICATIONS     DEPARTMENTS     CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CITADEL CAPITAL INC. | **File Number** | 66212769 |
| **Status** | NOT GOOD STANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 08/15/2008 | **State** | ILLINOIS |
| **Agent Name** | JOSEPH V CAMPISI | **Agent Change Date** | 08/15/2008 |
| **Agent Street Address** | 9400 ROBINSON RD STE B | **President Name & Address** | |
| **Agent City** | FRANKLIN PARK | **Secretary Name & Address** | |
| **Agent Zip** | 60131 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2009 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT 3

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,812,459
Registered Feb. 10, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

 **CITADEL**

CITADEL INVESTMENT GROUP, L.L.C. (DELA-
WARE LTD LIAB CO)
225 WEST WASHINGTON STREET
9TH FLOOR
CHICAGO, IL 60606

FOR: PROVIDING INVESTMENT MANAGE-
MENT SERVICES, INVESTMENT CONSULTATION
AND ADVICE, INVESTMENT PORTFOLIO MAN-
AGEMENT SERVICES, INVESTMENT BROKER-

AGE SERVICES, MUTUAL FUND INVESTMENT
SERVICES, AND INVESTMENT OF FUNDS FOR
OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1994; IN COMMERCE 8-31-1994.

SER. NO. 76-471,900, FILED 12-3-2002.

BARBARA A. GOLD, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,213,943
Registered Feb. 27, 2007

### SERVICE MARK
### PRINCIPAL REGISTER



KCG IP HOLDINGS LLC (DELAWARE LTD LIAB CO)
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

FOR: FINANCIAL SERVICES, NAMELY, PROVIDING INVESTMENT MANAGEMENT SERVICES, INVESTMENT CONSULTATION AND ADVICE, INVESTMENT PORTFOLIO MANAGEMENT SERVICES, INVESTMENT BROKERAGE SERVICES, MUTUAL FUND INVESTMENT SERVICES AND INVESTMENT OF FUNDS FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1994; IN COMMERCE 8-31-1994.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,812,459.

SN 78-501,530, FILED 10-18-2004.

KEVIN DINALLO, EXAMINING ATTORNEY

# EXHIBIT 4

# Greenberg
# Traurig

Paul D. McGrady, Jr.
Tel. 312.456.8426
Fax 312.456.8435
mcgradyp@gtlaw.com

October 3, 2008

Citadel Capital Inc.
2005 S. Meyers Road Apt. 123
Oakbrook Terrace, IL 60181

> Re:    Citadel Investment Group
>        Unauthorized registration and use of <citadelcapitalinc.com>
>        Our File:  074449.013600

Dear Gentlemen:

   We act on behalf of Citadel Investment Group in their intellectual property matters.  As detailed below, Citadel demands prompt corrective action to end unauthorized use and misuse of the CITADEL mark by or through you and any affiliates or persons acting in concert with you (collectively "you").

   As you no doubt know, Citadel is one of the world's largest hedge fund management firms based in Chicago, Illinois.

   Citadel is the owner of the following marks in the United States:

| Registration Number | Mark |
| --- | --- |
| 3213943 | CITADEL |
| 3447810 | CITADEL SOLUTIONS |
| 2812459 | CITADEL |

   The registrations mentioned above show ownership of exclusive right to use these marks in U.S. commerce.  We attach copies of the registration certificates for these marks.

   It has recently come to Citadels' attention that you have registered the domain name <citadelcapitalinc.com> (the "Infringing Domain") and you are using it to misdirect consumers to your website which offers links to third party websites which offer competing financial services.  Attached hereto collectively as **Exhibit A** are the WHOIS database details for the

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

www.gtlaw.com

*57,521,722v2 10-2-08*

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, IL 60601 | Tel 312.456.8400 | Fax 312.456.8435

Citadel Capital Inc.
October 3, 2008
Page 2

_____

Infringing Domain as well as the "front page" to which the domain name resolves, both proving your unauthorized registration and use.

The above mentioned unauthorized activity by you violates Citadels' exclusive rights in its famous marks under the federal Lanham Act and constitutes cybersquatting and cyberpiracy under the U.S. Federal Anti-Cybersquatting Consumer Protection Act and under the Uniform Dispute Resolution Policy issued by the Internet Corporation for Assigned Names and Numbers.

Accordingly, on Citadels' behalf, we now formally demand that you promptly do the following to resolve this matter:

1. Cease and desist from all use of the CITADEL marks and any mark confusingly similar to these marks;

2. Promptly transfer the Infringing Domain to Citadel.

If you wish to take advantage of Citadels' offer of amicable resolution, you must take the following steps:

a. On or before October 20, 2008, you must ensure that all registrar locks have been lifted on this domain and you must provide us with the Authorization Code for this domain name;

b. On or about October 21, 2008, you will receive notice by email of our electronic transfer request for this domain name asking for your approval of the transfer. Within two days of your receipt of the transfer request, you must approve our electronic transfer request and you must approve any transfer request confirmation sent by your registrar; and

c. On or before October 22, 2008, you must confirm by return email or other writing that you have ceased all use of the CITADEL mark and any marks confusingly similar to these marks.

Citadel views this as an extremely serious matter that requires prompt action by you. Our clients have a range of effective legal actions and other remedies available if you do not promptly comply with its demands. These various options would certainly be less agreeable than voluntarily complying with our clients demand set forth above.

Citadel Capital Inc.
October 3, 2008
Page 3

_____

       This letter is written without prejudice to any claim for damages or other relief that Citadel may have in the event that litigation against you might prove necessary.

                Very truly yours,

                GREENBERG TRAURIG, LLP

                Paul D. McGrady, Jr.

PDM/lac

Enclosures

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 3,213,943

Registered Feb. 27, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# CITADEL

KCG IP HOLDINGS LLC (DELAWARE LTD LIAB CO)
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

FOR: FINANCIAL SERVICES, NAMELY, PROVIDING INVESTMENT MANAGEMENT SERVICES, INVESTMENT CONSULTATION AND ADVICE, INVESTMENT PORTFOLIO MANAGEMENT SERVICES, INVESTMENT BROKERAGE SERVICES, MUTUAL FUND INVESTMENT SERVICES AND INVESTMENT OF FUNDS FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1994; IN COMMERCE 8-31-1994.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,812,459.

SN 78-501,530, FILED 10-18-2004.

KEVIN DINALLO, EXAMINING ATTORNEY

Int. Cls.: 35 and 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 3,447,810**

## United States Patent and Trademark Office
Registered June 17, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

# CITADEL SOLUTIONS

KCG IP HOLDINGS LLC (DELAWARE LTD LIAB CO)
131 SOUTH DEARBORN STREET
CHICAGO, IL 60603

FOR: ACCOUNTING SERVICES; MIDDLE AND BACK OFFICE ADMINISTRATION SERVICES FOR HEDGE FUNDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2007; IN COMMERCE 1-1-2007.

FOR: FINANCIAL ADMINISTRATION OF INVESTMENT VEHICLES IN THE NATURE OF INVESTMENT FUNDS AND ALTERNATIVE INVESTMENT FUNDS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2007; IN COMMERCE 1-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,812,459 AND 3,213,943.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOLUTIONS", APART FROM THE MARK AS SHOWN.

SER. NO. 77-155,954, FILED 4-13-2007.

LINDA ESTRADA, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,812,459
Registered Feb. 10, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

 **CITADEL**

CITADEL INVESTMENT GROUP, L.L.C. (DELAWARE LTD LIAB CO)
225 WEST WASHINGTON STREET
9TH FLOOR
CHICAGO, IL 60606

FOR: PROVIDING INVESTMENT MANAGEMENT SERVICES, INVESTMENT CONSULTATION AND ADVICE, INVESTMENT PORTFOLIO MANAGEMENT SERVICES, INVESTMENT BROKERAGE SERVICES, MUTUAL FUND INVESTMENT SERVICES, AND INVESTMENT OF FUNDS FOR OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1994; IN COMMERCE 8-31-1994.

SER. NO. 76-471,900, FILED 12-3-2002.

BARBARA A. GOLD, EXAMINING ATTORNEY



**This Web page is parked FREE,**
**courtesy of GoDaddy.com**
▸▸ Today's offers at GoDaddy.com ◂◂

citadelcapitalinc.c...

## Sponsored Listings



**Find a domain name** r...

What's a Domain?
*Plus ICANN fee of 20 cent...

### ▸▸ Hedge Fund Directory
Stay Ahead Of The Market With The BarclayHedge's Hedge Fund Database.
www.BarclayHedge.com

### ▸▸ Property Investment Firm
American Capital Agency Corp Mortgage REIT (NASDAQ: AGNC)
www.AGNC.com

### ▸▸ Capital Investments
Investor in Management Buyouts, PE Buyouts & Private Companies.
AmericanCapital.com

### ▸▸ 50000 Polyaspartic Floors
The Only Patented Flooring System! The Leader in Polyaspartic Coatings
FlexmarCoatings.com

### ▸▸ Hedge Investor Directory
Details on over 700 institutional investors in hedge funds.
www.preqin.com/hedge

### ▸▸ Switch to Wachovia
Easily Move to a Wachovia Checking Account with our Step by Step Guide
www.Wachovia.com

### ▸▸ Capital Management Info
The Latest In Capital Management For Finance Executives.
www.CFO.com

### ▸▸ Hedge Fund Admin Software
Investment Administration Software For Private Equity and Hedge Funds.
www.VitechInc.com

### ▸▸ Hedge Fund Capital
Quickly Learn About Hedge Funds and Find Resources for Getting Started.
www.business.com

### ▸▸ Set Up Your Hedge Fund
We put together your entire fund for you in one month!
www.hedgefundtools.com

## Related Searches

▸▸ **Capital Inc**

▸▸ **Capital MGMT**

▸▸ **Capital Credit Card**

▸▸ **Citadel Investment**

▸▸ **Durus Capital**

▸▸ **Century Financial** (

Plans from $

Memberships just $4.99/year

Plans starting at

$8.99/yr!

**Make Money**

This Web page is parked FREE, courtesy of **GoDaddy.com**

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And Mo

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US doma
Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.

*24/7 Sales & Support (480)505-8877*

Create Account    **Log in to Account:**    *Username*

Home        Auctions        GoDaddy.TV

Domains    Hosting    Email    Site Builders    Business    SSL Certi



## SEARCH RE
### CITADELC

Check to add these alternate *CITADELCAPITALINC* domain names.

☐ **.NET** $9.99*/yr SAVE!    ☐ **.ORG** $9.99*/yr SAVE!    ☐ **.INFO** $1.49*/yr SAVE!    ☐ **.TV** $19

Check to add these similar *CITADELCAPITALINC.COM* domain name

☐ **THE**CITADELCAPITALINC.COM $9.99*/yr SAVE!

☐ **MY**CITADELCAPITALINC.COM $ SAVE!

☐ **FREE**CITADELCAPITALINC.COM $9.99*/yr SAVE!

☐ **BEST**CITADELCAPITALINC.COM SAVE!

☐ **SITE**CITADELCAPITALINC.COM $9.99*/yr SAVE!

☐ CITADELCAPITALINC**ONLIN** $9.9 E.COM

☐ CITADELCAPITALINC**STORE**.COM $9.99*/yr SAVE!

☐ **STORE**CITADELCAPITALINC.CO SAVE!

Check to add these Premium domain names. ❓

☐ CitadelGames.com $499.00

☐ CitadelInn.com $79,000.00

☐ VentureCapitalCareer.com $999.00

☐ HumanMadeCapital.com $399.00

ADD TO CART

*Plus ICANN fee of $0.20 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registr.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the p
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Domain Appraisals

Domains
    Domain Manager

Free Products

Show All My Products

Manage – Renew – Upgrade



Bob Parsons TV
Tune into Bob
Parsons TV and
watch the latest
episode of Bob's
video blog –
mature content.

PLAY VIDEO

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Citadel Capital Inc.

2005 S Meyers Rd Apt. 123
Oakbrook Terrace, Illinois 60181
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: CITADELCAPITALINC.COM
Created on: 07-Aug-08
Expires on: 07-Aug-09
Last Updated on: 07-Aug-08

Administrative Contact:
Baker, Danny bakerautogroup@gmail.com
Citadel Capital Inc.
2005 S Meyers Rd Apt. 123
Oakbrook Terrace, Illinois 60181
United States
3142679890

Technical Contact:
Baker, Danny bakerautogroup@gmail.com
Citadel Capital Inc.
2005 S Meyers Rd Apt. 123
Oakbrook Terrace, Illinois 60181
United States
3142679890

Domain servers in listed order:
NS47.DOMAINCONTROL.COM
NS48.DOMAINCONTROL.COM


Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

Report Invalid Whois

See Underlying Registry Data

| Help and Support | Account Manager | Shopping | Resources | At |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | Domain Search | WHOIS search | Ca |
| Billing Support | My Renewals | Catalog | ICANN Confirmation | Se |
| Email Support | My Upgrades | Product Advisor | Web Mail | Cc |
| Frequently Asked Questions | Account Settings | View Shopping Cart | Affiliates | Ne |
| User's Guides | Customer Information | Gift Cards | Link to Us | Cu |
| Report Spam | Order History | Mobile | Gadgets/Widgets | Wi |
| Test Our Products | Create Account | GoDaddy.com® Rewards MasterCard® | Site Map | Vi |
| | | | | Le |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US dor

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Dis

 

# EXHIBIT 5

*NOTICE: This domain name expired on 08/07/2009 and is pending renewal or dele*



**This Web page is parked FREE, courtesy of GoDaddy.com**
**▶▶ Today's offers at GoDaddy.com**

citadelcapitalinc.co

## Sponsored Listings

### ▶▶Hedge Fund Directory
Leading Hedge Fund Database. 4000+ Funds, 1.2M Data Points. Buy Now!
www.BarclayHedge.com

### ▶▶Capital Investment
Our Investors Are Waiting For You Get Private Capital Right Away
www.Fundingpost.com

### ▶▶SunTrust Asset Management
Taking a Personalized Approach to Asset Management. Learn More Today.
SunTrust.com/ClearSight

### ▶▶No Fee Until Funding
Angel Investors and Venture Capital Ready To Invest. Free Consultation.
www.Ethos360.com

### ▶▶Citadel Investment Group
See the Fund's Top Holdings & Largest Exposures. Free Trial.
www.InsiderScore.com

### ▶▶Hedgeweek
Leading hedge fund news, research free daily newsletters
www.hedgeweek.com

### ▶▶3 ETF's Set to Soar
Motley Fool Report - 3 ETF's You Need to Own during the recovery!
www.Fool.com/ETF

### ▶▶PlacementTracker
The Leader in PIPE Market Research See Placement Agent League Table
www.sagientresearch.com/pt

### ▶▶Alternative Investments
Expand Your Client's Horizons With Alternative Investment Strategies!
www.Sterling-Trust.com

### ▶▶SMB Capital
Superior technology, competitive payouts, and ideas 4 active traders
www.smbcapital.com





### Related Searches

▶▶Inc LLC

▶▶Private Capital Fund

▶▶Seed Capital

▶▶Equity Capital Inves

▶▶Premier Capital Inc

▶▶Early Stage Venture



Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. *Viewer discretion advised!*

Radio Go Daddy - Hear the latest Internet industry and entertainment news! Tune in every Wednesday 2pm PT or podcast anytime.

Get what you need in UNDER 5 MINUTES with our Product Advisor



